ORIGINAL

**FILED**
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 JUN -7 PM 3:02

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| NICHOLAS CLARK, | ) |
| | ) Civil Action No. 12-923 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MEDICREDIT, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: 06/07/13

KIMMEL & SILVERMAN, P.C.

Amy L. Bennecoff, Esq.
Bar No. 202745PA
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
Email: abennecoff@creditlaw.com

Attorney for the Plaintiff

1

<u>CERTIFICATE OF SERVICE</u>

      I certify that on June 7, 2013, I had the foregoing document hand delivered to the clerk of the U.S. District Court, Northern District of Texas, Fort Worth division, via Federal Express.

DATED: 06/07/13

KIMMEL & SILVERMAN, P.C.

_____
Amy L. Bennecoff, Esq.
Bar No. 202745PA
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
Email: abennecoff@creditlaw.com

Attorney for the Plaintiff

2