IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| NICHOLAS CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-923-A |
| | § | |
| MEDICREDIT, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER UNFILING DOCUMENT(S)

The Clerk has identified the following defect(s) in the form of the document(s) filed June 7, 2013, by NICHOLAS CLARK, titled NOTICE OF SETTLEMENT (Doc. 14):

**All documents should be filed in traditional paper form, bearing the original signature of the filer. See Standing Order, filed December 21, 2013.**

Because of such defect(s), the court has determined that the document(s) indicated above should be unfiled from the record of this action. Therefore, the court ORDERS that such document(s) be, and is hereby, unfiled, and the Clerk is directed to note on the docket the unfiling of such document(s).

SIGNED _____6/10_____, 2013.

_____
JOHN McBRYDE
UNITED STATES DISTRICT JUDGE



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 JUN -7 PM 3: 02

CLERK OF COURT

| | | |
|---|---|---|
| NICHOLAS CLARK, | ) | |
| Plaintiff, | ) | Civil Action No. 12-923 |
| v. | ) | |
| MEDICREDIT, INC., | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

RESPECTFULLY SUBMITTED,

DATED: 06/07/13

KIMMEL & SILVERMAN, P.C.

Amy L. Bennecoff, Esq.
Bar No. 202745PA
30 E. Butler Avenue
Ambler, PA 19002
Tel: 215-540-8888
Fax: 215-540-8817
Email: abennecoff@creditlaw.com

Attorney for the Plaintiff