FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 JUN 10  PM 2:56

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | |
|---|---|
| NICHOLAS CLARK, | § |
| Plaintiff, | § |
| v. | § Civil Action No. 4:12-cv-00923-A |
| MEDICREDIT, INC. | § JURY TRIAL DEMANDED |
| Defendant. | § |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Nicholas Clark ("Plaintiff") and Medicredit, Inc. ("Defendant") file this Stipulation of Dismissal Without Prejudice. Each party will bear its/his own costs and attorneys' fees.

DATED: June 10, 2013

KIMMEL & SILVERMAN, PC

_____
Amy L. Bennecoff
30 East Butler Pike
Ambler, PA  19002
215/540-8888, ext. 167
Fax: 215/540-8817
Email: abennecoff@creditlaw.com

**ATTORNEY FOR PLAINTIFF**

RESPECTFULLY SUBMITTED,

CARSTENS & CAHOON, LLP

_____
Gregory Perrone
TX Bar No. 24048053
13760 Noel Road, Suite 900
Dallas, TX 75240
972 367 2001
Fax: 972 367 2002
Email: gperrone@cclaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Clerk of the Court and served on the following:

<u>*Via U.S. Mail*</u>
<u>*And E-Mail (klucas@kylemathis.com)*</u>
Kimberly Lucas
Kyle Mathis & Lucas LLP
8226 Douglas Ave., Suite 450
Dallas, TX  75225

_____
Gregory Perrone