IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICHOLAS CLARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:12-CV-923-A |
| | § | |
| MEDICREDIT, INC., | § | |
| | § | |
| Defendant. | § | |

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JUN 11 2013 CLERK, U.S. DISTRICT COURT By ___ Deputy*

## FINAL JUDGMENT

Consistent with the stipulation of dismissal filed by plaintiff, Nicholas Clark, and defendant, Medicredit, Inc.,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant in the above-captioned action be, and are hereby, dismissed without prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED June 11, 2013.

_____
JOHN McBRYDE
United States District Judge